IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00385-WYD-KMT

RICHARD SHAW,

      Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

      Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on plaintiff, Richard Shaw's, Notice Of Dismissal With Prejudice [ECF No. 7], filed on March 22, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs.

Dated: March 26, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge